IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DENNIS GILLAM, *et al.*                                                                PLAINTIFFS

v.                                              4:08-CV-00363-BSM

HARDING UNIVERSITY, *et al.*                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered in favor of defendants and against plaintiffs.  The case is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE